

# In the
# Court of Appeals
# Second Appellate District of Texas
# at Fort Worth

———————————————

No. 02-21-00355-CV

———————————————

IN RE BAYLOR ALL SAINTS MEDICAL CENTER, D/B/A BAYLOR SCOTT & WHITE HEALTH, D/B/A BAYLOR SCOTT & WHITE ALL SAINTS MEDICAL CENTER-FORT WORTH; BAYLOR SCOTT & WHITE HEALTH, BRIAN YOUREE, M.D., JAMIL ABASSI, M.D., INDRA SINGH, M.D., AND DAUD ASHAI, M.D., Relators

---

Original Proceeding
323rd District Court of Tarrant County, Texas
Trial Court No. 323-117307-21

---

Before Bassel, J.; Sudderth, C.J.; and Womack, J.
Per Curiam Memorandum Opinion

## MEMORANDUM OPINION

The court has considered relators' petition for writ of mandamus and is of the opinion that the petition should be dismissed as moot. Accordingly, relators' petition for writ of mandamus is dismissed as moot. We release this court's November 3, 2021 order staying trial court proceedings in cause number 323-117307-21, styled *Melanie Squires, as Wife of Kyle Squires v. Baylor All Saints Medical Center d/b/a Baylor Scott & White Health, d/b/a Baylor Scott & White All Saints Medical Center-Fort Worth; Baylor Scott & White; Dr. Brian Youree, M.D.; Dr. Jamil Abassi, M.D.; Dr. Singh, M.D.; Dr. Daud Ashai, M.D.*

Per Curiam

Delivered: November 12, 2021